# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered:  February 5, 2015　　　　　518971
_____

In the Matter of CHRISTOPHER
　　WASHINGTON,
　　　　　　　　　　Petitioner,

　　　v　　　　　　　　　　　　　　MEMORANDUM AND JUDGMENT

ROLAND LARKIN, as
　　Superintendent of Eastern
　　Correctional Facility,
　　　　　　　　　　Respondent.
_____


Calendar Date:  December 2, 2014

Before:  Peters, P.J., Rose, Egan Jr. and Clark, JJ.

_____


　　　　Christopher Washington, Dannemora, petitioner pro se.

　　　　Eric T. Schneiderman, Attorney General, Albany (Peter H. Schiff of counsel), for respondent.

_____


　　　　Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision which found petitioner guilty of violating certain prison disciplinary rules.

　　　　Determination confirmed.  No opinion.

　　　　Peters, P.J., Rose, Egan Jr. and Clark, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

Robert D. Mayberger
Clerk of the Court